1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JOEL TORREJON MIRANDA, | ) SA CV 13-1376 - GHK (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF UNITED ) STATES MAGISTRATE JUDGE |
| | ) |
| v. | ) |
| | ) |
| RICK HILL, WARDEN, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

DATED: 3/4/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE