JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JOEL TORREJON MIRANDA, | ) SA CV 13-1376-GHK (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| RICK HILL, WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 3/4/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

1